## LOBLAW GROCETERIAS v. COYLE.
### No. 4740.

Circuit Court of Appeals, Seventh Circuit.
Oct. 24, 1933.

Franklin M. Warden, of Chicago, Ill., and John C. Wade, for appellant.

Ephraim Banning, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellants, counsel for appellees consenting thereto, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs.

## LONG ISLAND RAILROAD COMPANY, Libelant-Appellee, v. THE Steam Tug WILLIAM A. JAMISON, Jay Street . Terminal, Claimant-Appellant, and THE Steam Tug TRANSFER NO. 18, New York, New Haven & Hartford Railroad Company, Impleaded Claimant-Appellee.
### No. 76.

Circuit Court of Appeals, Second Circuit.
Dec. 18, 1933.

Courtland Palmer, of New York City (Francis J. Ryan, Jr., of New York City, of counsel), for appellant Jay Street Terminal.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and P. F. Shortridge, both of New York City, of counsel), for appellee Long Island R. Co.

Duncan & Mount, of New York City (H. W. Dieck, Jr., and Charles R. Millett, both of New York City, of counsel), for claimant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

## In the Matter of LOUIS K. LIGGETT COMPANY, Bankrupt.

## MICHAUD REALTY COMPANY, Appellant.
### No. 270.

Circuit Court of Appeals, Second Circuit.
Dec. 11, 1933.

William D. Mitchell, of New York City, for appellant.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.